**No. 45699.**—Protests 25081–K, etc., of Domestic Fur Co. et al. (New York).

Opinion by WALKER, J. It was stipulated that the dogskins in question are undressed and similar to those the subject of *Bracher* v. *United States* (5 Cust. Ct. 153, C. D. 389). The claim for free entry under paragraph 1681 was therefore sustained.